UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ROBERTA A. DeANGELIS
ACTING UNITED STATES TRUSTEE, REGION 3
Fran B. Steele, (FS 6336)
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Fax: (973) 645-5993

In Re:

Bruce O. Waller
*aka* 1 New Image Auto Spa

Case No.: 09-36368 (MBK)

Chapter 11

Hearing Date: January 25, 2010 @ 1:00 p.m.

Judge: Michael B. Kaplan

Order Filed on 1/26/2010 by Clerk U.S. Bankruptcy Court District of New Jersey

## ORDER CONVERTING CHAPTER 11 CASE TO CHAPTER 7

The relief set forth on the following page(s), numbered two (2) is hereby **ORDERED**.

**DATED: 1/26/2010**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Bruce O. Waller

Chapter 11 Case No.: 09-36368 (MBK)

**Order Converting Chapter 11 Case to Chapter 7**

---

Upon consideration of the Motion of the Acting United States Trustee by and through counsel, for an Order Converting this Chapter 11 case to Chapter 7, pursuant to 11 U.S.C. § 1112(b), and notice of the motion having been give to the debtor and its counsel, and the Court having found cause for the entry of the within order, and good cause shown, it is hereby:

**ORDERED** that the motion of the Acting United States Trustee is hereby **GRANTED.**

*Approved by Judge Michael Kaplan January  26, 2010*