Form 154 – ntcabn72

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                              Case No.:  09−36368−MBK
                              Chapter:  7
                              Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Bruce O Waller
    aka I New Image Auto Spa
    2911 Route 37 E
    Toms River, NJ 08753−6120

Social Security No.:
    xxx−xx−9124

Employer's Tax I.D. No.:

## NOTICE OF PROPOSED ABANDONMENT

     Peggy E. Stalford, Trustee for the above−captioned case, has filed a notice of intent to abandon certain property described below as being of inconsequential value to the estate.
     If any creditor or other party in interest has an objection to the proposed abandonment, the objection and a request for a hearing on such objection shall be in writing, served upon the Trustee and filed with the Clerk of the United States Bankruptcy Court. Such objection and request shall be filed with the Clerk and served upon the Trustee no later than September 20, 2010.
     In the event an objection is timely filed, a hearing will be held before the Honorable Michael B. Kaplan on

DATE:                 October 4, 2010
TIME:                 10:00am
COURTROOM:    3

     If no objection is filed with the Clerk and served upon the Trustee on or before September 20, 2010, the abandonment will take effect on the fifth day following the last day to file objections.

The description of the property to be abandoned is as follows:
Trustee abandons her interest in the following property:

Hunter Mountain Timeshare
$50,000.00

504 Terrance Avenue
Toms River, NJ
$301,000.00

2001 Cadillac SLS
$25,000.00

The liens on the property to be abandoned are as follows
(including amount claimed due):
Bank of Green
$68,295.00

Green County Bank
$69,000.00

Sovereign Bank
$233,889.00

Wachovia Dealer
$11,220.00

The amount of equity claimed as exempt by the debtor is:
$20,200.00




$2500.00
_____


    Request for additional information about the property to be abandoned should be directed to the Trustee at:
Peggy E. Stalford
100 Main St.
Allenhurst, NJ 07711
(732) 531-0700

    or the trustee's attorney (if applicable) at:



Dated: September 1, 2010
JJW:

                                                     James J. Waldron
                                                   Clerk

# CERTIFICATE OF NOTICE

```
District/off: 0312-3           User: bduplech              Page 1 of 2                   Date Rcvd: Sep 01, 2010
Case: 09-36368                 Form ID: 154                Total Noticed: 48

The following entities were noticed by first class mail on Sep 03, 2010.
db            Bruce O Waller,    2911 Route 37 E,    Toms River, NJ 08753-6120
aty          +Jonathan M Levine,    111 West Monroe St,    17th Fl,    Phoenix, AZ 85003-1742
smg           U.S. Attorney,    970 Broad St.,    Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +United States Trustee,    Office of the United States Trustee,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
cr           +CBS Outdoor, Inc.,    Attn Claudio E. Iannitelli,    111 West Monroe Street,    17th FLoor,
               Phoenix, AZ 85003-1742
cr           +Emmanuel Vasilakis,    c/o Joseph Albanese, Esq,    915 Lacey Rd,    Forked River, NJ 08731-1106
cr           +Shore Community Bank,    c/o Ostrowitz & Ostrowitz, Esqs.,    225 Gordons Corner Rd.,    Suite 1J,
               Manalapa, NJ 07726-3342
cr            Shore Community Bank,    201 Main Street,    Toms River, NJ 08753-7416
510335370     American Express Bank FSB,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
510082003     American Garage Door Service,    83 Irons St,    Toms River, NJ 08753-6535
510082004     Bank Of America,    4060 Ogletown/Stan,    Newark, DE 19713
510082005     CBS Outdoor,    185U US Highway 46,    Fairfield, NJ 07004
510439687    +CBS Outdoor Inc.,    c/o Jonathan M. Levine, Esq.,    Cheifetz Innitelli Marcolini, P.C.,
               111 W Monroe St, 17th FL,    Phoenix, AZ 85003-1742
510082006     Chase,    Cardmember Service,    P O Box 15153,    Wilmington, DE 19886-5153
510200777     Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
510082009     Elizabeth Waller,    102 Trinidad Ave,    Seaside Heights, NJ 08751-2235
510082010     Emanuel Vasilakis,    North Bay Avenue,    Toms River, NJ 08753
510821099    +HSBC Bank Nevada, N.A.,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd, Suite 200,
               Tucson, AZ 85712-1083
510291443    +Harleysville Insurance Company,    355 Maple Avenue,    Harleysville, PA 19438-2297
510082011     Harleysville Insurance Company,    Access Receivable Management,    PO Box 9801,
               Baltimore, MD 21284-9801
510082012     Harvard Collection Services,    4830 N Elton Avenue,    Chicago, IL 60630
510106203    +KUBOTA CREDIT CORPORATION,    POST OFFICE BOX 829009,    DALLAS, TEXAS 75382-9009
510082013    +Kim A. Pascarella, Esq.,    815 Boulevard,    Seaside Heights, NJ 08751-2126
510082014    +MDU Media Technologies,    915 Charles Dr,    Toms River, NJ 08753-5696
510082015    +Ostrowitz & Ostrowitz,    225 Gordons Corner Rd,    Englishtown, NJ 07726-3356
510082016     Ryko Manufacturing,    4042 Reliable Pkwy,    Chicago, IL 60686-0001
510082021    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
               TRENTON NJ 08646-0245
             (address filed with court: State Of New Jersey,    Div Of Taxation,    PO Box 190,
               Trenton, NJ  08695-0190)
510493345    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
               TRENTON NJ 08646-0245
             (address filed with court: State of New Jersey,    Division of Taxation,    Compliance Activity,
               PO Box 245,    Trenton, New Jersey 08695)
510082017     Sa-vit Enterprises,    46 W Ferris St,    East Brunswick, NJ 08816-2159
510082018     Shore Community Bank,    1012 Hooper Ave,    Toms River, NJ 08753-8321
510234714    +Sovereign Bank,    601 Penn Street,    10-6438-CC7,    Reading PA 19601-3544
510082020    +Sovereign Bank,    1130 Berkshire Blvd 3rd Fl,    Reading, PA 19610-1242
510082019     Sovereign Bank,    PO Box 12707,    Reading, PA 19612-2707
510156384    +TARGET NATIONAL BANK,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
510082022     The Bank Of Greene County,    302 Main St,    Catskill, NY 12414-1801
510526106    +United States Trustee,    1 Newark Center, Suite 2100,    Newark, NJ 07102-5235
510529595     Verizon,    PO Box 3037,    Bloomington, IL 61702-3037
510082024     Wells Fargo Bank,    Exective Offices,    PO Box 340214,    Sacramento, CA 95834-0214
510082025     Wells Fargo Financial,    MacF4031-05,    800 Walnut St,    Des Moines, IA 50309-3605
510257607    +Wells Fargo Financial Leasing, Inc.,    800 Walnut Street,    MAC F4031-050,
               Des Moines, IA 50309-3605
510323536    +Yellow Book Sales & Distribution Inc.,    c/o RMS Bankruptcy Recovery Svcs.,    PO Box 5126,
               Timonium, MD 21094-5126
510826005    +Zep Manufacturing Company,    Attn: Jonathan E Raulston,    PO Box 11405,
               Birmingham AL 35202-1405

The following entities were noticed by electronic transmission on Sep 01, 2010.
510170415     E-mail/PDF: mrdiscen@discoverfinancial.com Sep 02 2010 03:43:09     DISCOVER BANK,
               DFS Services LLC,    PO Box 3025,    New Albany, Ohio 43054-3025
510082007    +E-mail/PDF: mrdiscen@discoverfinancial.com Sep 02 2010 03:43:09     Discover,    PO Box 71084,
               Charlotte, NC 28272-1084
510082008     E-mail/Text: MMATTHEWS@EXCELAHEALTH.ORG                            Diversified Collection,
               PO Box 200,    Greensburg, PA 15601-0200
510801733     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 02 2010 03:21:32
               Fia Card Services, NA/Bank of America,    by American Infosource Lp As Its Agent,    PO Box 248809,
               Oklahoma City, OK 73124-8809
510221218     E-mail/PDF: rmscedi@recoverycorp.com Sep 02 2010 03:12:08
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
510082023     E-mail/PDF: bankruptcyverizoncom@afni.com Sep 02 2010 03:01:28     Verizon,    PO Box 4830,
               Trenton, NJ 08650-4830
                                                                                               TOTAL: 6

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```

```
District/off: 0312-3           User: bduplech           Page 2 of 2              Date Rcvd: Sep 01, 2010
Case: 09-36368                 Form ID: 154             Total Noticed: 48

510234715*    +Sovereign Bank,   601 Penn Street,   10-6438-CC7,   Reading PA 19601-3544
                                                                                    TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 03, 2010**                    **Signature:**    *Joseph Speetjens*