Form 177 – fnldec

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                    Case No.: 09−36368−MBK
                    Chapter: 7
                    Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Bruce O Waller
    aka I New Image Auto Spa
    2911 Route 37 E
    Toms River, NJ 08753−6120

Social Security No.:
    xxx−xx−9124

Employer's Tax I.D. No.:

## FINAL DECREE

      The estate of the above named debtor(s) has been fully administered.

      If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

      ORDERED that Peggy E. Stalford is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>September 24, 2010</u>                  <u>Michael B. Kaplan</u>
                                                          Judge, United States Bankruptcy Court